**Electronically Filed
Supreme Court
SCPW-25-0000346
07-MAY-2025
07:45 AM
Dkt. 13 ODDP**

SCPW-25-0000346

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

WILLIAM H. GILLIAM, Petitioner,

vs.

THE HONORABLE RANDAL G.B. VALENCIANO,
Chief Judge of the Circuit Court of the Fifth Circuit,
State of Hawai'i, Respondent Judge,

and

ASSOCIATION OF APARTMENT OWNERS OF KUHIO SHORES AT POIPU;
PACIFIC RIM PROPERTY SERVICE CORPORATION; and DIRECTOR OF
FINANCE, COUNTY OF KAUA'I, Respondents.

_____

ORIGINAL PROCEEDING
(CASE NO. 5CC161000063)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS AND PROHIBITION
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of the petition for writ of mandamus and prohibition filed on April 15, 2025, and the record, Petitioner has not demonstrated a clear and indisputable right to relief, nor a lack of alternative means to seek the relief sought in this original proceeding. An extraordinary writ is unwarranted.

See <u>Womble Bond Dickinson (US) LLP v. Kim</u>, 153 Hawaiʻi 307, 319, 537 P.3d 1154, 1166 (2023).

It is ordered that the petition is denied.

DATED:  Honolulu, Hawaiʻi, May 7, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

